# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN HERRERA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | CASE NO. CV 22-1013-HDV-PDx<br><br>[Hon. Judge Hernan Vera]<br><br>**ORDER TO AMEND PRELIMINARY APPROVAL ORDER [Dkt. 64]** |

1       GOOD CAUSE APPEARING, pursuant to the parties' stipulation, and to
2 ensure that class members have sufficient opportunity to object to Plaintiffs'
3 counsel's motion for attorneys' fees and costs, if they so choose, the cutoff filing
4 date for that motion is now September 29, 2025 (moved from December 1, 2025).
5 All other dates contained in the prior Order, Dkt. 64, remain the same.
6       IT IS SO ORDERED.

8  DATED: March 21, 2025                      _____
                                                 HERNAN D. VERA
                                                 UNITED STATES DISTRICT JUDGE